UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-23916-UU

**LESLIE HERNANDEZ**, and other
similarly situated individuals,

    Plaintiff,

v.

**SUNSOF INC**., a Florida corporation,
**EDGARDO D. ARMANDO**, individually,
and **FEDERICO G. ARMANDO**, individually,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the terms of a settlement reached by the parties in the arbitration of this matter, Plaintiff Leslie Hernandez and Defendants Sunsof Inc., Edgardo D. Armando and Federico G. Armando, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  April 28, 2017

| | |
|---|---|
| s/ Anthony M. Georges-Pierre | s/ Patrick E. Gonya, Jr. |
| Anthony M. Georges-Pierre, Esq | Patrick E. Gonya, Jr. |
| Florida Bar No.: 533637 | Florida Bar No.: 100020 |
| Email: agp@rgpattorneys.com | E-mail: pgonya@careyrodriguez.com |
| REMER & GEORGES-PIERRE PLLC | CAREY RODRIGUEZ MILIAN GONYA, LLP |
| 44 West Flagler Street, Suite 2200 | 1395 Brickell Avenue, Suite 700 |
| Miami, Florida 33130 | Miami, Florida  33131 |
| Telephone: (305) 416-5000 | Telephone: (305) 356-5478 |
| Facsimile: (305) 416-5005 | Facsimile: (305) 372-7475 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |